**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1794**

_____

In re:  BARBARA ALBYTINE GIBBS,

> Debtor,

M. EUGENE GIBBS,

> Appellant,

> v.

SELECT PORTFOLIO SERVICING, INC.,

> Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Mary G. Lewis, District Judge.  (4:24-cv-06573-MGL)

_____

Submitted:  December 22, 2025                    Decided:  January 13, 2026

_____

Before GREGORY and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Melvin Eugene Gibbs, Appellant Pro Se.  Jeremy Cook Hodges, Matthew Douglas Patterson, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

M. Eugene Gibbs appeals the district court's orders dismissing for lack of jurisdiction his appeals from bankruptcy court orders and denying his motions to alter or amend the judgment and for injunctive relief. In this court, Gibbs has filed an informal opening brief, an informal reply brief, a motion to amend and supplement his informal brief, and a reply to his motion to amend and supplement. We grant Gibbs' motion to amend and supplement his informal brief and have considered the arguments presented in all of his filings.

On appeal, we confine our review to the issues raised in the informal briefs. *See* 4th Cir. R. 34(b). Because Gibbs' informal brief as amended and supplemented does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Gibbs' motion for clarification, and we affirm the district court's orders. *Gibbs v. Select Portfolio Servicing, Inc.*, No. 4:24-cv-06573-MGL (D.S.C. June 12, 2025; July 1, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2